UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KNOX TRAILERS, INC., and POST TRAILER REPAIRS., INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:20-CV-137-TRM-DCP ) |
| JEFF CLARK, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw [Doc. 88], filed by Plaintiffs' counsel, Attorney Adam R. Duggan. Attorney Duggan seeks to withdraw in this matter because he is joining the non-profit, Hamilton Lincoln Law Institute. The Motion states that attorneys with Breeding Olinzock Carter Crippen, P.C., will continue to represent Plaintiffs.

Because continuity of counsel is ensured, the Court finds the Motion to Withdraw **[Doc. 88]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal."). Attorney Adam R. Duggan is **RELIEVED** of his duties as counsel in this matter, and Attorneys James Carter, Jr., Madeline S. Copes, Shelley S. Breeding, and Matthew W. Olinzock will remain as counsel of record for Plaintiffs.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge