UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KNOX TRAILERS, INC., and POST TRAILER REPAIRS., INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:20-CV-137-TRM-DCP ) |
| JEFF CLARK, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion to Amend Complaint [Doc. 90]. Plaintiffs seek to amend their Complaint to include new factual allegations garnered from Defendants' recent discovery responses and amended pleadings. In addition, Plaintiffs seek to add two new Defendants, Heath Brownlee and Steve Powell, stating that Plaintiffs recently learned that they were involved in the misappropriation of Plaintiffs' trade secrets. Plaintiffs filed their proposed Second Amended Complaint [Doc. 90-1] as an exhibit to their Motion in accordance with Local Rule 15.1.

The Court finds that no party has responded in opposition to the Motion, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). In addition, the Court finds that Plaintiffs' Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. Accordingly, Plaintiffs' Motion to Amend Complaint [**Doc. 90**] is **GRANTED**. Plaintiffs **SHALL FILE** their Second Amended Complaint [Doc. 90-1] as their

operative pleading in CM/ECF on or before **April 2, 2021.** Further, the Court **ORDERS** Plaintiffs to effect service on these new Defendants expeditiously.

    **IT IS SO ORDERED**.

        ENTER:

        _____
        Debra C. Poplin
        United States Magistrate Judge