# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

KNOX TRAILERS, INC. and POST TRAILER
REPAIRS, INC.,

       **Plaintiffs,**

v.

JEFF CLARK, individually;
AMY CLARK, individually;
PAUL HENEGAR, individually;
ROY BAILEY, individually;
BILLY MAPLES, d/b/a TITAN TRAILER
REPAIR & SALES, LLC;
BILLY MAPLES, individually;
AMANDA MAPLES, individually;
STEPHEN POWELL, individually; and
HEATH BROWNLEE, d/b/a TITAN TRAILER
REPAIR & SALES, LLC; HEATH BROWNLEE,
Individually,

**And**

TITAN TRAILER REPAIR & SALES, LLC,

       **Defendants**

No.: 3:20-cv-137

JURY TRIAL DEMANDED

---

## ANSWER TO SECOND AMENDED COMPLAINT

---

Comes the Defendant, Stephen Powell ("Defendant Powell"), by and through counsel, and provides this Answer to the Second Amended Complaint [Doc. 94] filed by Plaintiffs Knox Trailers, Inc. ("Knox Trailers") and Post Trailer Repairs, Inc. ("Post Trailer") ("Knox Trailers" and "Post Trailer" are collectively referred to herein as "Plaintiffs").

**JURISDICTION AND VENUE**

1. Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

2. Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

3. Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

**FACTS**

**The Parties**

4. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

5. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

6. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

7. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

8. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

9. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

10. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

Case 3:20-cv-00137-TRM-DCP     Document 124     Filed 05/21/21     Page 2 of 36
PageID #: 2199

11. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

12. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

13. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

14. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

15. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

16. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

17. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

18. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

19. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

20. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

21. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

22. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

23. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

24. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

25. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

26. Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

27. Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

28. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

29. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

30. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

31. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

32. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

33. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

34. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

35. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

36. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

37. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

38. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

39. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

40. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

41. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

42. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

43. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

44. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

45. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

46. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

47. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

48. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

49. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

50. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

51. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

52. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

53. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

54. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

55.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

56.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

57.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

58.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

59.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

60.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

61.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

62.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

63.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

64.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

65.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

66. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

67. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

68. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

69. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

70. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

71. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

72. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

73. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

74. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

75. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

76. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

77. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

78. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

79. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

80. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

81. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

82. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

83. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

84. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

85. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

86. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

87. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

88. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

89. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

90. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

91. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

92. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

93. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

94. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

95. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

96. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

97. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

98. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

99. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

100. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

101. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

102. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

103. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

104. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

105. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

106. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

107. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

108. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

109. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

Case 3:20-cv-00137-TRM-DCP    Document 124    Filed 05/21/21    Page 11 of 36
PageID #: 2208

110. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

111. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

112. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

113. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

114. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

115. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

116. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

117. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

118. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

119. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

120. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

121. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

122. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

123. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

124. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

125. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

126. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

127. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

128. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

129. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

130. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

131. It is admitted that Defendant Powell is a former employee of Plaintiffs. It is further admitted that Defendant Powell assisted Mr. Maples with registering a domain name and setting up

emails after his employment with Plaintiffs ended. Defendant Powell can neither admit nor deny the alleged date.

132. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

133. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

134. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

135. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

136. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

137. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

138. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

139. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

140. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

141. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

142. Defendant Powell admits receiving a text message from Mr. Maples. Defendant Powell can neither admit nor deny the date of the message.

143. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

144. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

145. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

146. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

147. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

148. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

149. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

150. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

151. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

152. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

153. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

154. Upon information and belief, Defendant Powell admits to the averments set forth in this paragraph of the Second Amended Complaint.

155. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

156. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

157. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

158. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

159. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

160. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

161. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

162. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

163. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

164. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

165. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

166. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

167. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

168. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

169. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

170. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

171. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

172. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

173. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

174. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

175. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

176. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

177. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

178. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

179. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

180. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

181. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

182. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

183. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

184. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

185. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

186. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

187. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

188. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

189. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

190. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

191. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

192. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

193. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

194. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

195. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

196. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

197. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

198. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

199. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

200. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

201. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

202. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

## COUNT 1

## BREACH OF FIDUCIARY DUTY – KNOX TRAILERS

203. Defendant adopts and incorporates herein his responses to Paragraph 1 through 202 in response to the averments set forth in Paragraph 203 of the Second Amended Complaint.

204. The averments are not directed at Defendant Powell, and no response is therefore required.

205. The averments are not directed at Defendant Powell, and no response is therefore required.

206. The averments are not directed at Defendant Powell, and no response is therefore required.

207. The averments are not directed at Defendant Powell, and no response is therefore required.

208. The averments are not directed at Defendant Powell, and no response is therefore required.

209. The averments are not directed at Defendant Powell, and no response is therefore required.

210. The averments are not directed at Defendant Powell, and no response is therefore required.

211. The averments are not directed at Defendant Powell, and no response is therefore required.

212. The averments are not directed at Defendant Powell, and no response is therefore required.

**COUNT II**

**BREACH OF FIDUCIARY DUTY – POST TRAILER**

213. Defendant adopts and incorporates herein his responses to Paragraph 1 through 212 in response to the averments set forth in Paragraph 213 of the Second Amended Complaint.

214. The averments are not directed at Defendant Powell, and no response is therefore required.

215. The averments are not directed at Defendant Powell, and no response is therefore required.

216. The averments are not directed at Defendant Powell, and no response is therefore required.

217. The averments are not directed at Defendant Powell, and no response is therefore required.

218. The averments are not directed at Defendant Powell, and no response is therefore required.

219. The averments are not directed at Defendant Powell, and no response is therefore required.

220. The averments are not directed at Defendant Powell, and no response is therefore required.

## COUNT III

## INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONSHIPS – KNOX TRAILERS

221. Defendant adopts and incorporates herein his responses to Paragraph 1 through 220 in response to the averments set forth in Paragraph 221 of the Second Amended Complaint.

222. The averments are not directed at Defendant Powell, and no response is therefore required.

223. The averments are not directed at Defendant Powell, and no response is therefore required.

224. The averments are not directed at Defendant Powell, and no response is therefore required.

225. The averments are not directed at Defendant Powell, and no response is therefore required.

226. There are no averments contained in Paragraph 226 of the Second Amended Complaint therefore no response is required.

227.     The averments are not directed at Defendant Powell, and no response is therefore required.

228.     The averments are not directed at Defendant Powell, and no response is therefore required.

229.     The averments are not directed at Defendant Powell, and no response is therefore required.

230.     The averments are not directed at Defendant Powell, and no response is therefore required.

231.     The averments are not directed at Defendant Powell, and no response is therefore required.

## COUNT IV

## UNFAIR COMPETITION – KNOX TRAILERS

232.     Defendant adopts and incorporates herein his responses to Paragraph 1 through 231 in response to the averments set forth in Paragraph 232 of the Second Amended Complaint.

233.     The averments are not directed at Defendant Powell, and no response is therefore required.

234.     The averments are not directed at Defendant Powell, and no response is therefore required.

235.     The averments are not directed at Defendant Powell, and no response is therefore required.

236.     The averments are not directed at Defendant Powell, and no response is therefore required.

Case 3:20-cv-00137-TRM-DCP     Document 124     Filed 05/21/21     Page 23 of 36
PageID #: 2220

237. The averments are not directed at Defendant Powell, and no response is therefore required.

238. The averments are not directed at Defendant Powell, and no response is therefore required.

239. The averments are not directed at Defendant Powell, and no response is therefore required.

240. The averments are not directed at Defendant Powell, and no response is therefore required.

**COUNT V**

**MISAPPROPRIATION OF TRADE SECRETS – KNOX TRAILERS**

241. Defendant adopts and incorporates herein his responses to Paragraph 1 through 240 in response to the averments set forth in Paragraph 241 of the Second Amended Complaint.

242. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

243. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

244. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

245. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

246. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

247. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

248. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

249. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

250. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

251. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

## COUNT VI

### MISAPPROPRIATION OF TRADE SECRETS – POST TRAILER

252. Defendant adopts and incorporates herein his responses to Paragraph 1 through 251 in response to the averments set forth in Paragraph 252 of the Second Amended Complaint.

253. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

254. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

255. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

256. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

257.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

258.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

259.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

260.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

261.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

262.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

## COUNT VII

### VIOLATION OF THE TENNESSEE UNIFORM TRADE SECRETS ACT – KNOX TRAILERS

263.     Defendant adopts and incorporates herein his responses to Paragraph 1 through 262 in response to the averments set forth in Paragraph 263 of the Second Amended Complaint.

264.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

265.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

266.     Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

Case 3:20-cv-00137-TRM-DCP     Document 124     Filed 05/21/21     Page 26 of 36
PageID #: 2223

267. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

268. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

269. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

270. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

271. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

272. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

273. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

**COUNT VIII**

**VIOLATION OF THE TENNESSEE UNIFORM TRADE SECRETS ACT – POST TRAILER**

274. Defendant adopts and incorporates herein his responses to Paragraph 1 through 273 in response to the averments set forth in Paragraph 274 of the Second Amended Complaint.

275. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

276. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

277. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

278. Defendant Powell is without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph.

279. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

280. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

281. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

282. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

283. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

284. Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

## COUNT IX

### CONVERSION – KNOX TRAILERS

285. Defendant adopts and incorporates herein his responses to Paragraph 1 through 262 in response to the averments set forth in Paragraph 263 of the Second Amended Complaint.

286. The averments are not directed at Defendant Powell, and no response is therefore required.

Case 3:20-cv-00137-TRM-DCP    Document 124    Filed 05/21/21    Page 28 of 36
PageID #: 2225

287. The averments are not directed at Defendant Powell, and no response is therefore required.

288. The averments are not directed at Defendant Powell, and no response is therefore required.

289. The averments are not directed at Defendant Powell, and no response is therefore required.

290. The averments are not directed at Defendant Powell, and no response is therefore required.

291. The averments are not directed at Defendant Powell, and no response is therefore required.

292. The averments are not directed at Defendant Powell, and no response is therefore required.

293. The averments are not directed at Defendant Powell, and no response is therefore required.

294. The averments are not directed at Defendant Powell, and no response is therefore required.

295. The averments are not directed at Defendant Powell, and no response is therefore required.

296. The averments are not directed at Defendant Powell, and no response is therefore required.

297. The averments are not directed at Defendant Powell, and no response is therefore required.

298. The averments are not directed at Defendant Powell, and no response is therefore required.

299. The averments are not directed at Defendant Powell, and no response is therefore required.

300. The averments are not directed at Defendant Powell, and no response is therefore required.

301. The averments are not directed at Defendant Powell, and no response is therefore required.

302. The averments are not directed at Defendant Powell, and no response is therefore required.

303. The averments are not directed at Defendant Powell, and no response is therefore required.

304. The averments are not directed at Defendant Powell, and no response is therefore required.

305. The averments are not directed at Defendant Powell, and no response is therefore required.

## COUNT X

## CONVERSION – POST TRAILER

306. Defendant adopts and incorporates herein his responses to Paragraph 1 through 305 in response to the averments set forth in Paragraph 306 of the Second Amended Complaint.

307. The averments are not directed at Defendant Powell, and no response is therefore required.

Case 3:20-cv-00137-TRM-DCP    Document 124    Filed 05/21/21    Page 30 of 36
PageID #: 2227

308. The averments are not directed at Defendant Powell, and no response is therefore required.

309. The averments are not directed at Defendant Powell, and no response is therefore required.

310. The averments are not directed at Defendant Powell, and no response is therefore required.

311. The averments are not directed at Defendant Powell, and no response is therefore required.

312. The averments are not directed at Defendant Powell, and no response is therefore required.

313. The averments are not directed at Defendant Powell, and no response is therefore required.

314. The averments are not directed at Defendant Powell, and no response is therefore required.

315. The averments are not directed at Defendant Powell, and no response is therefore required.

316. The averments are not directed at Defendant Powell, and no response is therefore required.

317. The averments are not directed at Defendant Powell, and no response is therefore required.

318. The averments are not directed at Defendant Powell, and no response is therefore required.

319. The averments are not directed at Defendant Powell, and no response is therefore required.

320. The averments are not directed at Defendant Powell, and no response is therefore required.

321. The averments are not directed at Defendant Powell, and no response is therefore required.

322. The averments are not directed at Defendant Powell, and no response is therefore required.

323. The averments are not directed at Defendant Powell, and no response is therefore required.

**COUNT XI**

**CONSTRUCTIVE TRUST – KNOX TRAILERS**

324. Defendant adopts and incorporates herein his responses to Paragraph 1 through 323 in response to the averments set forth in Paragraph 324 of the Second Amended Complaint.

325. The averments are not directed at Defendant Powell, and no response is therefore required.

326. The averments are not directed at Defendant Powell, and no response is therefore required.

327. The averments are not directed at Defendant Powell, and no response is therefore required.

328. The averments are not directed at Defendant Powell, and no response is therefore required.

329. The averments are not directed at Defendant Powell, and no response is therefore required.

330. The averments are not directed at Defendant Powell, and no response is therefore required.

331. The averments are not directed at Defendant Powell, and no response is therefore required.

**COUNT XII**

**CONSTRUCTIVE TRUST – POST TRAILER**

332. Defendant adopts and incorporates herein his responses to Paragraph 1 through 331 in response to the averments set forth in Paragraph 332 of the Second Amended Complaint.

333. The averments are not directed at Defendant Powell, and no response is therefore required.

334. The averments are not directed at Defendant Powell, and no response is therefore required.

335. The averments are not directed at Defendant Powell, and no response is therefore required.

336. The averments are not directed at Defendant Powell, and no response is therefore required.

337. The averments are not directed at Defendant Powell, and no response is therefore required.

338. The averments are not directed at Defendant Powell, and no response is therefore required.

339.    The averments are not directed at Defendant Powell, and no response is therefore required.

**COUNT XIII**

**CIVIL CONSPIRACY – KNOX TRAILERS**

340.    Defendant adopts and incorporates herein his responses to Paragraph 1 through 339 in response to the averments set forth in Paragraph 340 of the Second Amended Complaint.

341.    Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

342.    The averments are not directed at Defendant Powell, and no response is therefore required.

343.    The averments are not directed at Defendant Powell, and no response is therefore required.

344.    Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

345.    Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

346.    Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

**COUNT XIV**

**CIVIL CONSPIRACY – POST TRAILER**

347.    Defendant adopts and incorporates herein his responses to Paragraph 1 through 346 in response to the averments set forth in Paragraph 347 of the Second Amended Complaint.

348.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

349.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

350.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

351.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

352.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

353.     Defendant Powell invokes his privilege against self-incrimination pursuant to the Fifth Amendment of the United States Constitution.

354.     All allegations not previously denied are hereby denied.

## FIRST DEFENSE

The Complaint fails to state a claim on behalf of Plaintiff, Knox Trailers, Inc. (hereinafter "Knox Trailers") upon which relief can be granted against Defendant.

## SECOND DEFENSE

The Complaint fails to state a claim on behalf of Plaintiff, Post Trailer Repairs, Inc. ("hereinafter "Post") upon which relief can be granted against Defendant.

## THIRD DEFENSE

As an affirmative defense, Defendant relies upon the statutory caps upon compensatory and punitive damage as provided for in Tenn. Code Ann. §29-39-102 and 104.

## FOURTH DEFENSE

This action is barred by the doctrine of estoppel.

## FIFTH DEFENSE

Defendant relies upon any statute of limitations or statute of repose which the evidence may show to be applicable.

## SIXTH DEFENSE

Defendant reserves the right, subject to this Honorable Court's approval, to amend his answer as discovery and the evidence in this case may show to be justified.

Wherefore, Defendant Powell prays that Plaintiffs' action be dismissed and that he be awarded his reasonable attorneys' fees and costs. Defendant further prays that the Court grant him any and all other relief to which he may be entitled.

Respectfully submitted this 21st day of May 2021.

By:   __s/Zachary R. Walden_____
TASHA C. BLAKNEY, BPR# 019971
ZACHARY R. WALDEN, BPR# 035376
ELDRIDGE & BLAKNEY, P.C.
The Cherokee Building
400 W. Church Avenue, Suite 101
Knoxville, Tennessee 37902
865.544.2010
865.544.2015 (facsimile)
COUNSEL FOR STEPHEN POWELL