## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| KNOX TRAILERS, INC., and POST TRAILER REPAIRS, INC., | ) ) ) | Case No. 3:20-cv-137 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Debra C. Poplin |
| BILLY MAPLES, individually and d/b/a TITAN TRAILERS REPAIR & SALES, LLC, AMANDA MAPLES, and TITAN TRAILER REPAIR & SALES, LLC, | ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

---

## VERDICT FORM

---

### MISAPPROPRIATION OF TRADE SECRETS – KNOX TRAILERS

**QUESTION NO. 1:** Do you find by a preponderance of the evidence that **Billy Maples** misappropriated **Knox Trailers'** trade secrets?

Yes: _____ X _____

No: _____

**If you answered "Yes" to Question No. 1, proceed to Question No. 2. If you answered "No" to Question No. 1, skip Questions No. 2 and No. 2(A), and proceed to Question No. 3.**

**QUESTION NO. 2:** Do you find by a preponderance of the evidence that Billy Maples was unjustly enriched in connection with **Billy Maples's** misappropriation of **Knox Trailers'** trade secrets?

Yes: _____ X _____

No: _____

1

If you answered "Yes" to Question No. 2, proceed to Question No. 2(A). If you answered "No" to Question No. 2, skip Question No. 2(A), and proceed to Question No. 3.

---

**QUESTION NO. 2(A):** If you answered "Yes" to Question No. 2, how much do you award Knox Trailers?

UNJUST ENRICHMENT: $ _30,000.00_

---

Regardless of your answer to Question No. 2(A), proceed to Question No. 3.

---

**QUESTION NO. 3:** Do you find by a preponderance of the evidence that **Titan Trailers** misappropriated **Knox Trailers'** trade secrets?

Yes: _____

No: _____X_____

---

If you answered "Yes" to Question No. 3, proceed to Question No. 4. If you answered "No" to Question No. 3, skip Questions No. 4 and No. 4(A), and proceed to Question No. 5.

---

**QUESTION NO. 4:** Do you find by a preponderance of the evidence that Titan Trailers was unjustly enriched as a result of **Titan Trailers'** misappropriation of **Knox Trailers'** trade secrets?

Yes: _____

No: _____

---

If you answered "Yes" to Question No. 4, proceed to Question No. 4(A). If you answered "No" to Question No. 4, skip Question No. 4(A), and proceed to Question No. 5.

---

**QUESTION NO. 4(A):** If you answered "Yes" to Question No. 4, how much do you award Knox Trailers?

UNJUST ENRICHMENT: $ _____

---

2

Regardless of your answer to Question No. 4(A), proceed to Question No. 5.

3

## MISAPROPRIATON OF TRADE SECRETS – POST TRAILER

**QUESTION NO. 5:** Do you find by a preponderance of the evidence that **Billy Maples** misappropriated **Post Trailer's** trade secrets?

Yes: _____

No: ___X_____

**Regardless of your answer to Question No. 5, proceed to Question No. 6.**

**QUESTION NO. 6:** Do you find by a preponderance of the evidence that **Titan Trailers** misappropriated **Post Trailer's** trade secrets?

Yes: _____

No: ___X_____

**Regardless of your answer to Question No. 6, proceed to Question No. 7.**

4

## BREACH OF FIDUCIARY DUTY- KNOX TRAILERS

**QUESTION NO. 7:** Do you find by a preponderance of the evidence that **Billy Maples** breached his duty of loyalty to **Knox Trailers**?

Yes: ____X____

No: _____

**If you answered "Yes" to Question No. 7, proceed to Question No. 8. If you answered "No" to Question No. 7, skip Questions No. 8 and No. 8(A), and proceed to Question No. 9.**

**QUESTION NO. 8:** Do you find by a preponderance of the evidence that **Knox Trailers** is entitled to damages for **Billy Maples's** breach of his duty of loyalty to Knox Trailers?

Yes: ____X____

No: _____

**If you answered "Yes" to Question No. 8, proceed to Question No. 8(A). If you answered "No" to Question No. 8, skip Question No. 8(A), and proceed to Question 9.**

5

**QUESTION NO. 8(A):** If you answered "Yes" to Question No. 8, how much do you award **Knox Trailers** in damages for each category below?

OBTAINING UNAUTHORIZED HEALTH INSURANCE:
$ __0__

INAPPROPRIATELY CHARGING EXPENSES TO THE COMPANY CREDIT CARDS:
$ __0__

DIVERTING REVENUE FROM SALE OF USED PARTS:
$ __7,500.00__

TAKING UNAUTHORIZED BONUSES:
$ __0__

SOLICITING PLAINTIFFS' EMPLOYEES AND CUSTOMERS TO LEAVE FOR A COMPETITOR:
$ __0__

SOLICITING PLAINTIFFS' VENDORS TO LEAVE FOR A COMPETITOR:
$ __0__

RECEIVING SALARY FROM KNOX TRAILERS OR USING KNOX TRAILERS' NON-INFORMATION PROPERTY FOR EFFORTS IN FAVOR OF TITAN'S COMPETITIVE INTERESTS:
$ __20,000.00__

Regardless of your answer to Question No. 8(A), proceed to Question No. 9.

6

## BREACH OF FIDUCIARY DUTY- POST TRAILER

**QUESTION NO. 9:** Do you find by a preponderance of the evidence that <u>**Billy Maples**</u> breached his duty of loyalty to <u>**Post Trailer**</u>?

Yes: _____

No: ____ X _____

If you answered "Yes" to Question No. 9, proceed to Question No. 10. If you answered "No" to Question No. 9, skip Questions No. 10 and No. 10(A), and proceed to Question No. 11.

**QUESTION NO. 10:** Do you find by a preponderance of the evidence that <u>**Post Trailer**</u> is entitled to damages for <u>**Billy Maples's**</u> breach of his duty of loyalty to Post Trailer?

Yes: _____

No: _____

If you answered "Yes" to Question No. 10, proceed to Question No. 10(A). If you answered "No" to Question No. 10, skip Question No. 10(A), and proceed to Question 11.

**QUESTION NO. 10(A):** If you answered "Yes" to Question No. 10, how much do you award Post Trailer in damages for the category below?

INAPPROPRIATELY CHARGING EXPENSES TO THE COMPANY CREDIT CARDS: $_____

Regardless of your answer to Question No. 10(A), proceed to Question No. 11.

7

**QUESTION NO. 11:** Do you find by a preponderance of the evidence that **Amanda Maples** breached her duty of loyalty to **Post Trailer**?

Yes: _____

No: ___ X _____

If you answered "Yes" to Question No. 11, proceed to Question No. 12. If you answered "No" to Question No. 11, skip Questions No. 12 and No. 12(A), and proceed to Question No. 13.

**QUESTION NO. 12:** Do you find by a preponderance of the evidence that **Post Trailer** is entitled to damages for **Amanda Maples's** breach of her duty of loyalty to Post Trailer?

Yes: _____

No: _____

If you answered "Yes" to Question No. 12 proceed to Question No. 12(A). If you answered "No" to Question No. 12, skip Question No. 12(A), and proceed to Question 13.

**QUESTION NO. 12(A):** If you answered "Yes" to Question No. 12, how much do you award Post Trailer in damages for each category below?

OBTAINING UNAUTHORIZED HEALTH INSURANCE:
$_____

Regardless of your answer to Question No. 12(A), proceed to Question No. 13.

8

## CONVERSION- KNOX TRAILERS

**QUESTION NO. 13:** Do you find by a preponderance of the evidence that **Billy Maples** converted **Knox Trailers'** property?

Yes: _____

No: _____X_____

**If you answered "Yes" to Question No. 13, proceed to Question No. 13(A). If you answered "No" to Question No. 13, skip Question No. 13(A), and proceed to Question No. 14.**

**QUESTION NO. 13(A):** If you answered "Yes" to Question No. 13, how much do you award Knox Trailers in damages for each category below?

OBTAINING UNAUTHORIZED HEALTH INSURANCE:
$_____

INAPPROPRIATELY CHARGING EXPENSES TO THE COMPANY CREDIT CARDS:
$_____

DIVERTING REVENUE FROM SALE OF USED PARTS:
$_____

TAKING UNAUTHORIZED BONUSES:
$_____

RECEIVING SALARY FROM KNOX TRAILERS OR USING KNOX TRAILERS' NON-INFORMATION PROPERTY FOR EFFORTS IN FAVOR OF TITAN'S COMPETITIVE INTERESTS:
$_____

**Regardless of your answer to Question No. 13(A), proceed to Question No. 14**

**QUESTION NO. 14:** Do you find by a preponderance of the evidence that **Titan Trailers** converted **Knox Trailers'** property?

Yes: _____

No: _____X_____

9

If you answered "Yes" to Question No. 14, proceed to Question No. 14(A). If you answered "No" to Question No. 14, skip Question No. 14(A), and proceed to Question No. 15.

**QUESTION NO. 14(A):** If you answered "Yes" to Question No. 14, how much do you award Knox Trailers in damages?

LOSS OF BENEFIT OF SALARY PAID BY KNOX TRAILERS FOR EMPLOYEE TIME OR VALUE OF USE OF KNOX TRAILERS' NON-INFORMATION PROPERTY USED FOR TITAN'S COMPETITIVE INTERESTS:

$_____

Regardless of your answer to Question No. 14(A), proceed to Question No. 15.

10

## CONVERSION- POST TRAILER

**QUESTION NO. 15:** Do you find by a preponderance of the evidence that **Billy Maples** converted **Post Trailer's** property?

Yes: _____

No: _____✗_____

If you answered "Yes" to Question No. 15, proceed to Question No. 15(A). If you answered "No" to Question No. 15, skip Question No. 15(A), and proceed to Question No. 16.

**QUESTION NO. 15(A):** If you answered "Yes" to Question No. 15, how much do you award Post Trailer in damages for the category below?

INAPPROPRIATELY CHARGING EXPENSES TO THE COMPANY CREDIT CARDS:
$_____

TAKING UNAUTHORIZED BONUSES:
$_____

Regardless of your answer to Question No. 15(A), proceed to Question No. 16.

**QUESTION NO. 16:** Do you find by a preponderance of the evidence that **Titan Trailers** converted **Post Trailer's** property?

Yes: _____

No: _____✗_____

If you answered "Yes" to Question No. 16, proceed to Question No. 16(A). If you answered "No" to Question No. 16, skip Question No. 16(A), and proceed to Question No. 17.

11

**QUESTION NO. 16(A):** If you answered "Yes" to Question No. 16, how much do you award Post Trailer in damages?

LOSS OF BENEFIT OF SALARY PAID BY POST TRAILER FOR EMPLOYEE TIME OR VALUE OF USE OF POST TRAILER'S NON-INFORMATION PROPERTY USED FOR TITAN'S COMPETITIVE INTERESTS:

$_____

**Regardless of your answer to Question No. 16(A), proceed to Question No. 17.**

12

## UNFAIR COMPETITION – KNOX TRAILERS

**QUESTION NO. 17:** Do you find by a preponderance of the evidence that **Billy Maples** engaged in unfair competition with **Knox Trailers**?

Yes: _____

No: ____X____

If you answered "Yes" to Question No. 17, proceed to Question No. 17(A). If you answered "No" to Question No. 17, skip Question No. 17(A), and proceed to Question No. 18.

**QUESTION NO. 17(A):** If you answered "Yes" to Question No. 17, how much do you award Knox Trailers in damages for each category below?

SOLICITING PLAINTIFFS' EMPLOYEES AND CUSTOMERS TO LEAVE FOR A COMPETITOR:
$_____

SOLICITING PLAINTIFFS' VENDORS TO LEAVE FOR A COMPETITOR:
$_____

Regardless of your answer to Question No. 17(A), proceed to Question No. 18.

**QUESTION NO. 18:** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in unfair competition with **Knox Trailers**?

Yes: _____

No: ____X____

If you answered "Yes" to Question No. 18, proceed to Question No. 18(A). If you answered "No" to Question No. 18, skip Question No. 18(A), and proceed to Question No. 19.

13

**QUESTION NO. 18(A):** If you answered "Yes" to Question No. 18, how much do you award Knox Trailers in damages for the category below?

SOLICITING PLAINTIFFS' EMPLOYEES AND CUSTOMERS TO LEAVE FOR A COMPETITOR:
$_____

SOLICITING PLAINTIFFS' VENDORS TO LEAVE FOR A COMPETITOR:
$_____

**Regardless of your answer to Question No. 18(A), proceed to Question No. 19.**

## CIVIL CONSPIRACY- KNOX TRAILERS

**QUESTION NO. 19:** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Knox Trailers**?

Yes: _____ X _____

No: _____

If you answered "Yes" to Question No. 19, proceed to Question No. 19(A). If you answered "No" to Question No. 19, skip Questions No. 19(A), No. 19(B), and No. 19(C), and proceed to Question No. 20.

**QUESTION NO. 19(A):** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Knox Trailers** to breach his fiduciary duty of loyalty?

Yes: _____ X _____

No: _____

Regardless of your answer to Question No. 19(A), proceed to Question No. 19(B).

**QUESTION NO. 19(B):** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Knox Trailers** to convert Knox Trailers' property?

Yes: _____

No: _____ X _____

Regardless of your answer to Question No. 19(B), proceed to Question No. 19(C).

**QUESTION NO. 19(C):** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Knox Trailers** to unfairly compete against it?

Yes: _____

No: _____ X _____

15

Regardless of your answer to Question No. 19(C), proceed to Question No. 20.

---

**QUESTION NO. 20:** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Knox Trailers**?

Yes: _____

No: ___✕___

---

If you answered "Yes" to Question No. 20, proceed to Question No. 20(A). If you answered "No" to Question No. 20, skip Questions No. 20(A), No. 20(B), and No. 20(C), and proceed to Question No. 21.

---

**QUESTION NO. 20(A):** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Knox Trailers** to breach Billy Maples's fiduciary duty of loyalty?

Yes: _____

No: _____

---

Regardless of your answer to Question No. 20(A), proceed to Question No. 20(B).

---

**QUESTION NO. 20(B):** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Knox Trailers** to convert Knox Trailers' property?

Yes: _____

No: _____

---

Regardless of your answer to Question No. 20(B), proceed to Question No. 20(C).

---

**QUESTION NO. 20(C):** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Knox Trailers** to unfairly compete against it?

Yes: _____

No: _____

16

Regardless of your answer to Question No. 20(C), proceed to Question No. 21.

## CIVIL CONSPIRACY- POST TRAILER

**QUESTION NO. 21:** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Post Trailer**?

Yes: _____

No: _____×_____

**If you answered "Yes" to Question No. 21, proceed to Question No. 21(A). If you answered "No" to Question No. 21, skip Questions No. 21(A), No. 21(B), and No. 21(C), and proceed to Question No. 22.**

**QUESTION NO. 21(A):** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Post Trailer** to breach his fiduciary duty of loyalty?

Yes: _____

No: _____

**Regardless of your answer to Question No. 21(A), proceed to Question No. 21(B).**

**QUESTION NO. 21(B):** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Post Trailer** to convert Post Trailer's property?

Yes: _____

No: _____

**Regardless of your answer to Question No. 21(B), proceed to Question No. 21(C).**

**QUESTION NO. 21(C):** Do you find by a preponderance of the evidence that **Billy Maples** engaged in a civil conspiracy against **Post Trailer** to unfairly compete against it?

Yes: _____

No: _____

18

**Regardless of your answer to Question No. 21(C), proceed to Question No. 22.**

---

**QUESTION NO. 22:** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Post Trailer**?

Yes: _____

No: ____X____

---

**If you answered "Yes" to Question No. 22, proceed to Question No. 22(A). If you answered "No" to Question No. 22, skip Questions No. 22(A), No. 22(B), and No. 22(C), STOP and have the foreperson sign and date this form on the last page.**

---

**QUESTION NO. 22(A):** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Post Trailer** to breach Billy Maples's fiduciary duty of loyalty?

Yes: _____

No: _____

---

**Regardless of your answer to Question No. 22(A), proceed to Question No. 22(B).**

---

**QUESTION NO. 22(B):** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Post Trailer** to convert Post Trailer's property?

Yes: _____

No: _____

---

**Regardless of your answer to Question No. 22(B), proceed to Question No. 22(C).**

---

**QUESTION NO. 22(C):** Do you find by a preponderance of the evidence that **Titan Trailers** engaged in a civil conspiracy against **Post Trailer** to unfairly compete against it?

Yes: _____

No: _____

19

Regardless of your answer to Question No. 22(C), STOP and have the foreperson sign and date this form on the last page.

Have the foreperson sign and date this form and return it to the court officer.

FOREPERSON

11 / 1 / 22

DATE

21