UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KNOX TRAILERS, INC., and POST TRAILER REPAIRS, INC., | ) ) |
| | ) Case No. 3:20-cv-137 |
| *Plaintiffs*, | ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge Debra C. Poplin |
| BILLY MAPLES, individually and d/b/a TITAN TRAILERS REPAIR & SALES, LLC, AMANDA MAPLES, and TITAN TRAILER REPAIR & SALES, LLC, | ) ) ) ) ) |
| *Defendants*. | ) ) ) |

## SUPPLEMENTAL VERDICT FORM

### WILLFUL AND MALICIOUS MISAPPROPRIATION OF TRADE SECRETS- KNOX TRAILERS

**QUESTION NO. 1:** Do you find by a preponderance of the evidence that **Billy Maples** willfully and maliciously misappropriated **Knox Trailers'** trade secrets?

Yes: _____

No: \_\_\_X\_\_\_\_\_

Regardless of your answer to Question No. 1, proceed to Question No. 2.

1

## BAD-FAITH MISAPPROPRIATION OF TRADE SECRETS CLAIM- KNOX TRAILERS

**QUESTION NO. 2:** Do you find by a preponderance of the evidence that **Knox Trailers** brought its misappropriation of trade secrets claim against **Titan Trailers** in bad faith?

Yes: _____

No: ___X___

Regardless of your answer to Question No. 2, proceed to Question No. 3.

## BAD-FAITH MISAPPROPRIATION OF TRADE SECRETS CLAIM- POST TRAILER

**QUESTION NO. 3:** Do you find by a preponderance of the evidence that **Post Trailer** brought its misappropriation of trade secrets claim against **Billy Maples** in bad faith?

Yes: _____
No: \_\_\_\_X\_\_\_\_\_

Regardless of your answer to Question No. 3, proceed to Question No. 4.

**QUESTION NO. 4:** Do you find by a preponderance of the evidence that **Post Trailer** brought its misappropriation of trade secrets claim against **Titan Trailers** in bad faith?

Yes: _____
No: \_\_\_\_X\_\_\_\_\_

Regardless of your answer to Question No. 4, proceed to Question No. 5.

3

## PUNITIVE DAMAGES- KNOX TRAILERS

> **QUESTION NO. 5:** Do you find by clear and convincing evidence that **Knox Trailers** is entitled to punitive damages from **Billy Maples** for his breach of fiduciary duty?
>
> Yes: ___X___
>
> No: _____

Regardless of your answer to Question No. 5, STOP and have the foreperson sign and date this form on the last page.

Have the foreperson sign and date this form and return it to the court officer.

███████████████
FOREPERSON

_____ 11/3/22
DATE

Case 3:20-cv-00137-TRM-DCP   Document 540   Filed 11/03/22   Page 5 of 5   PageID #: 18953