UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KNOX TRAILERS, INC., and POST TRAILER REPAIRS, INC., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) |
| BILLY MAPLES, individually and d/b/a TITAN TRAILERS REPAIR & SALES, LLC, AMANDA MAPLES, and TITAN TRAILER REPAIR & SALES, LLC, | ) ) ) ) ) ) |
| *Defendants*. | ) ) ) |

Case No. 3:20-cv-137

Judge Travis R. McDonough

Magistrate Judge Debra C. Poplin

## JUDGMENT ORDER

This action came before the Court for a trial by jury. The issues have been tried, and the jury rendered its verdicts on November 1, 2022 (Doc. 534) and November 3, 2022 (Docs. 540, 542).

At the conclusion of the trial, the jury found that Plaintiff Knox Trailers, Inc., ("Knox") proved by a preponderance of the evidence that Defendant Billy Maples ("Maples"): (1) breached his fiduciary duty to Knox; (2) misappropriated trade secrets of Knox; and (3) engaged in a civil conspiracy to breach his fiduciary duty. (Doc. 534, at 1, 5, 15.) The jury also found by clear and convincing evidence that Knox is entitled to punitive damages in conjunction with Maples's breach of fiduciary duty. (Doc. 540, at 4.) The jury awarded $27,500 on the breach-of-fiduciary-duty claim, $30,000 on the misappropriation-of-trade-secrets claims, and $13,000 in

punitive damages. (Doc. 534, at 2, 6; Doc. 542, at 1.) The jury found against Post Trailer Repairs, Inc., ("Post") on all counts. (Doc. 534, at 4, 6–8, 11, 18–19.)

Based on the foregoing, it is hereby **ORDERED** and **ADJUDGED** that:

1. Knox shall recover from Maples $27,500 on its claim for breach of fiduciary duty;

2. Knox shall recover from Maples $30,000 on its claims for misappropriation of trade secrets;

3. Knox shall recover from Maples $13,000 in punitive damages;

4. Knox shall recover from Maples prejudgment interest pursuant to Tenn. Code Ann. § 47-14-123 at the rate of 6.17% per annum, totaling $4,458.04; and

5. Post shall recover nothing.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT